IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RACHEL MITCHELL | : | |
| Plaintiff, | | Case No.  3:25cv183 |
| v. | : | JUDGE WALTER H. RICE |
| DEPARTMENT OF AIR FORCE, | | |
| Defendant. | : | |

ENTRY ENTERING STAY OF PROCEEDINGS

On October 1, 2025, the Court issued General Order 25-04, which holds in abeyance all civil matters involving the United States as a party. S.D. Ohio General Order 25-04. Pursuant to General Order 25-04, this case is hereby stayed until further notice of this Court.

Date: October 23, 2025

_Walter H. Rice_

WALTER H. RICE
UNITED STATES DISTRICT JUDGE