**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

RACHEL MITCHELL

Plaintiff,

vs.

DEPARTMENT OF AIR FORCE

Defendants.

CASE NO. 3:25-cv-183

DISTRICT JUDGE WALTER H. RICE

---

**ENTRY CONTINUING STAY OF PROCEDURES FOR NINTY (90) DAYS FROM JUNE 25, 2026**

---

Pursuant to the June 25, 2026, conference call between the Court and Counsel, the stay of proceedings previously entered in the captioned cause is extended for a period of ninety (90) days from the aforesaid June 25, 2026, in order to allow the Merit Systems Protection Board to render a final decision on Plaintiff's case before that body.

**IT IS SO ORDERED.**

Date: 7-29-26

Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

c: Counsel of Record